O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR17-515 CAS-1 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) · Allegations of Violations of Probation/Supervised Release Conditions) |
| v. | |
| Angelique Corkum | |
| Defendant. | |

FILED CLERK, U.S. DISTRICT COURT
OCT 22 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

On arrest warrant issued by the United States District Court for the Central Dist. of Cal involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ✗ ) the appearance of defendant as required; and/or

   B. ( ✗ ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _See PSA report_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

   _See PSA report_

   IT IS ORDERED that defendant be detained.

   DATED: 10-22-18

   _/s/ Frederick F. Mumm_
   Frederick F. Mumm
   United States Magistrate Judge